UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARCO D. WHITLEY, SR.                                                                      PETITIONER
Reg #27449-045

V.                              NO. 2:23-CV-96-JM-JTR

C. GARRETT,[1] Warden,                                                                     RESPONDENT
FCI-Forrest City

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

On April 13, 2023, Petitioner Marco D. Whitley filed here the *pro se* § 2241 Petition for Writ of Habeas Corpus, arguing the Bureau of Prisons ("BOP") has refused to properly apply earned time credits to his sentence and transfer him to pre-release custody. When Whitley filed the petition, he was incarcerated at the Federal Correctional Institution–Low in Forrest City ("FCI-FC"). The BOP's online Inmate Locator, however, shows Whitley has been transferred to pre-release custody supervised by the Residential Reentry Management field office in Kansas City. Federal Bureau of Prisons, *Find an inmate.: BOP Register Number 27449-045*,

---

[1] C. Garrett is the current Warden of the Forrest City Correctional Institution. The Court directs the Clerk to update the docket. Fed. R. Civ. P. 25(d).

https://www.bop.gov/inmateloc/ (accessed Oct. 23, 2023).  His projected release date is January 7, 2024.  *Id.*  Because Whitley has received the requested relief, his petition is moot.

## Conclusion

IT IS THEREFORE RECOMMENDED THAT:  (1) Whitley's Petition for Writ of Habeas Corpus, *Doc. 1,* be DENIED; and (2) this case be DISMISSED as moot.

The Clerk is directed to Clerk send a copy of this Recommended Disposition to Whitley in care of the RRM-Kansas City office in an effort to reach him:

Marco D. Whitley, Sr.
Reg #27449-045
c/o RRM Kansas City
400 State Ave., Rm 131
Kansas City, KS  66101

DATED  this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE