IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCO D. WHITLEY, SR.**  **PETITIONER**
Reg. #27449-045

V.   CASE NO. 2:23-CV-96-JM-JTR

**C. GARRETT, Warden,**
**FCI-Forrest City**   **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommendation for dismissal submitted by Magistrate Judge J. Thomas Ray. Whitley has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation in its entirety.

Whitley's petition for writ of habeas corpus (Doc. No. 1) is DENIED and this case is DISMISSED as moot.

IT IS SO ORDERED this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE